# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KEVIN BOKUN AND MEDLEY
ZEIGLER

NO.  2021 CW 0384

VERSUS

USAA CASUALTY INSURANCE
COMPANY, CENTERPOINT ENERGY
RESOURCES CORPORATION, DIGCO
UTILITY CONSTRUCTION, L.P.,
DOWLING PROPERTY MANAGEMENT,
LLC, D/B/A GOSSLEE PROPERTY
MANAGEMENT, JADE MAYS

**JUNE 21, 2021**

---

In Re:    Digco Utility Construction, L.P., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693,059.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.**

JMG
JMM
PMc

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT